UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LORREN WHITFIELD,

        Plaintiff,

        v.

ROBERT MEYERSON, GREGORY GREENE,
MIKELLE V. KOMOR, and MICHAEL SANTANGELO,

        Defendants.

------------------------------------------------------------------X

**DECISION & ORDER**
19-CV-176 (WFK)(LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On October 29, 2019, Magistrate Judge Lois Bloom filed a sua sponte Report and Recommendation recommending the Court dismiss without prejudice the above-captioned action for failure to file proof of proper service for defendants Meyerson, Santangelo, Greene, and Komor pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 25. Plaintiff did not file any objections, which were due by November 12, 2019.

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). We find no such error here. The Court adopts the Report and Recommendation of Judge Bloom in its entirety. Accordingly, this action is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

                              **SO ORDERED.**

                              s/WFK

Dated: November 13, 2019                 HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York                    United States District Judge

1